UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUITY TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES JOHNSON GILLOTT, et al.,<br><br>　　　　Defendant. | Case No. 22-cv-07826-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 4 |

The Court has reviewed Judge Virginia K. DeMarchi's Report and Recommendation Re: Remand, including objections filed at Dkt. No. 8. The Court adopts the Report in every respect. Accordingly, the case is ordered remanded to the Monterey County Superior Court. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 14, 2022

_____
VINCE CHHABRIA
United States District Judge